FILED
02/26/2025
*Sandy Erhardt*
CLERK
Gallatin County District Court
STATE OF MONTANA
By: Amariah Mitchell
DV-16-2025-0000330-PI
McElyea, Rienne H.
1.00

Jesse Medearis
George Isham
HEENAN & COOK, PLLC
1631 Zimmerman Trail
Billings, MT 59102
(406) 839-9091
jesse@lawmontana.com
george@lawmontana.com

Attorneys for Plaintiff

**MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT
GALLATIN COUNTY, MONTANA**

| | |
|---|---|
| MYLES MCKENZIE,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>EDISON WEBB,<br><br>　　　　　　Defendant. | Cause No. DV-16-2025-0000330-PI<br><br>Judge<br><br>**COMPLAINT<br>AND<br>DEMAND FOR JURY TRIAL** |

COMES NOW Myles McKenzie, through his attorneys at Heenan & Cook, PLLC, and for his Complaint against Defendant alleges, upon information and belief, as follows:

　　　1.　　Plaintiff Myles McKenzie is and was at all times material hereto a resident and citizen of Gallatin County, Montana.

　　　2.　　Defendant Edison Webb is and was at all times material hereto a resident and citizen of Gallatin County, Montana.

　　　3.　　On September 28th, 2022, Defendant was driving a vehicle northbound on 11th Avenue in Gallatin County, Montana.

4. After coming to a stop in the turning lane, Defendant proceeded to navigate a left-hand turn into a private parking lot near the 1700 block of South 11th Avenue.

5. At the same time, Myles was riding his bicycle on the sidewalk northbound on 11th Avenue, through the Montana State University Campus.

6. Defendant was aware that students commonly walk and ride their bikes on the sidewalks throughout campus.

7. Despite his awareness, Defendant failed to observe his surroundings before beginning to negotiate a left-hand turn onto South 11th.

8. As Defendant negotiated the left-hand turn, Defendant hit Plaintiff with his car, while Plaintiff was on his bicycle.

9. Plaintiff has experienced and continues to experience personal injuries, mental and physical pain and suffering, emotional distress, mental anguish, and financial damages resulting from this September 28th, 2022, collision.

## COUNT I – NEGLIGENCE

10. Plaintiff incorporates herein all preceding paragraphs.

11. Defendant owed a duty to use reasonable care in the operation of the vehicle he was driving on September 28th, 2022.

12. Defendant breached that duty by failing to operate his vehicle in a reasonable manner.

13. Defendant's actions and/or omissions caused injury and damage to Plaintiff.

14. Defendant was negligent, and Defendant's negligence caused the collision with Plaintiff.

15. Plaintiff is entitled to all available damages provided by Montana law incurred because of Defendant's negligence.

WHEREFORE, Plaintiff respectfully requests a judgment against Defendant for all general and special compensatory damages provided by Montana law, in an amount to be proven at trial; for costs, interest, pre-judgment interest as determined by the Court; for attorney's fees, interest and costs against Defendant, and for any and all further legal or equitable relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury in this matter.

Dated this 26th day of February, 2025.

*George Isham* (signature)

George Isham
Attorney for Plaintiff